| | |
|---|---|
| JENZIGN LICENSING, LLC, a New York company,<br><br>Plaintiff,<br><br>v.<br><br>BEBE STORES, INC., a California corporation; and ZIGI USA LLC, Florida limited liability company,<br><br>Defendants. | Case No.: 20-cv-1064 JLS (AGS)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 13) |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Presently before the Court is Defendant's Motion to Dismiss or Enforce Forum Selection Clause. (ECF No. 13.) On its own motion, the Court **VACATES** the hearing scheduled for November 12, 2020 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: November 5, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge